IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHUNG XAY LUU,<br>              Debtor.<br>_____<br>PREM DHAWAN, Trustee in Bankruptcy,<br>              Plaintiff,<br>    v.<br>THAM THI MAI,<br>             Defendant.<br>_____ | 2:06-cv-2657-GEB-KJM<br><br><br><br><br>NON-RELATED CASE ORDER |
| In re<br><br>KET A. LAM,<br>              Debtor.<br>_____<br>THOMAS A. ACEITUNO,<br>             Plaintiff,<br>    v.<br>CALVIN LAM,<br>             Defendant.<br>_____ | 2:06-cv-2736-GEB-DAD |

       Each above-referenced Defendant has filed a notice of related case document in which the following conclusory statement is

1

made: "[t]he basis for finding [the above-referenced] case[s] to be related . . . is in subdivision 243 of Rule 83-123."[1]

Defendants have not sufficiently explained how the cases are related, as required by Local Rule 83-123(b). This provision of the Local Rule obligates a party asserting that cases are related to include in a notice of related case document, "a brief statement of [the cases'] relationship and the reasons why assignment to a single Judge or Magistrate Judge is likely to effect a savings of judicial effort and other economies." E.D. Cal. L.R. 83-123(b). Compliance with this provision of the Local Rule should enable a prompt determination of whether cases are related.

Nevertheless, a cursory review of the actions indicates they do not involve the same parties or the same property or transaction. Although motions to withdraw reference have been filed in both actions, and both actions involve claims for fraudulent conveyance, this does not make the actions related under Local Rule 83-123. Since the relatedness of the actions has not been shown, a related case order is not filed.

Dated:  February 20, 2007

GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Local Rule 83-123 does not contain a "subdivision 243."

2