UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
In re                          )
                               )   2:06-cv-2657-GEB-KJM
CHUNG XAY LUU,                 )
                               )
              Debtor.          )   ORDER
_____)
                               )
PREM DHAWAN, Trustee in        )
Bankruptcy,                    )
                               )
              Plaintiff,       )
                               )
     v.                        )
                               )
THAM THI MAI,                  )
                               )
              Defendant.       )
_____)
```

The status conference scheduled in this case for May 7, 2007, is vacated since the Order issued in the Bankruptcy Court on November 22, 2006, and the status report filed by Plaintiff on April 23, 2007, reveal that scheduling deadlines have passed and that the following Order should issue.[1]

---

[1] The parties failed to file a joint status report, as required by the March 14, 2007 order issued in this action, and Defendant failed to file a status report altogether. The parties are advised that failure to comply with a filing requirement or to meet a filing deadline may lead to sanctions.

1

FINAL PRETRIAL CONFERENCE

The final pretrial conference is set for July 9, 2007, at 2:30 p.m. The parties are cautioned that the lead attorney who WILL TRY THE CASE for each party shall attend the final pretrial conference. In addition, all persons representing themselves and appearing in propria persona must attend the pretrial conference.

The parties are warned that non-trialworthy issues could be eliminated sua sponte "[i]f the pretrial conference discloses that no material facts are in dispute and that the undisputed facts entitle one of the parties to judgment as a matter of law." Portsmouth Square v. S'holders Protective Comm., 770 F.2d 866, 869 (9th Cir. 1985).

The parties shall file a JOINT pretrial statement no later than seven (7) days prior to the final pretrial conference.[2] The joint pretrial statement shall specify the issues for trial and shall estimate the length of the trial. The Court uses the parties' joint pretrial statement to prepare its final pretrial order and could issue the final pretrial order without holding the scheduled final pretrial conference. See Mizwicki v. Helwig, 196 F.3d 828, 833 (7th Cir. 1999) ("There is no requirement that the court hold a pretrial conference."). The final pretrial order supersedes the pleadings and controls the facts and issues which may be presented at trial. Issues asserted in pleadings which are not preserved for trial in the final pretrial order cannot be raised at trial. Hotel Emp., et al. Health

---

[2] The failure of one or more of the parties to participate in the preparation of any joint document required to be filed in this case does not excuse the other parties from their obligation to timely file the document in accordance with this Order. In the event a party fails to participate as ordered, the party or parties timely submitting the document shall include a declaration explaining why they were unable to obtain the cooperation of the other party.

Tr. v. Elks Lodge 1450, 827 F.2d 1324, 1329 (9th Cir. 1987) ("Issues not preserved in the pretrial order are eliminated from the action."); Valley Ranch Dev. Co. v. F.D.I.C., 960 F.2d 550, 554 (5th Cir. 1992) (indicating that an issue omitted from the pretrial order is waived, even if it appeared in the pleading); cf. Raney v. Dist. of Columbia, 892 F. Supp. 283 (D.D.C. 1995) (refusing to modify the pretrial order to allow assertion of a previously-pled statute of limitations defense); Olympia Co. v. Celotex Corp., 597 F. Supp. 285, 289 (E.D. La. 1984) (indicating that "[a]ny factual contention, legal contention, any claim for relief or defense in whole or in part, or affirmative matter not set forth in [the pretrial statement] shall be deemed . . . withdrawn, notwithstanding the contentions of any pleadings or other papers previously filed [in the action]").

<u>If possible, at the time of filing the joint pretrial statement counsel shall also email it in a format compatible with WordPerfect to: geborders@caed.uscourts.gov</u>.

### TRIAL SETTING

Trial is set for October 10, 2007, commencing at 9:00 a.m.

### SETTLEMENT CONFERENCE

No settlement conference is currently scheduled. The parties shall address in their joint pretrial statement whether they wish to have a judge-assisted settlement conference.

IT IS SO ORDERED.

Dated: April 30, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

3