UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>CHUNG XAY LUU,<br>                Debtor.<br><br>PREM DHAWAN, Trustee in Bankruptcy,<br>                Plaintiff,<br>    v.<br>THAM THI MAI,<br>               Defendant. | 2:06-cv-2657-GEB-KJM<br><br><u>ORDER</u> |

        The parties filed late separate pretrial statements.  As the parties know, a timely joint pretrial statement was required.  The joint pretrial statement was due no later than June 27, 2007 pursuant to the April 30, 2007 Order which stated that "[t]he parties shall file a JOINT pretrial statement no later than seven (7) days prior to the final pretrial conference."  As stated in Federal Rule of Civil Procedure 6, "[w]hen the period of time prescribed or allowed is less than 11 days, intermediate Saturday, Sundays, and legal holidays shall be excluded in the computation."

1    Sanctions jurisprudence can be invoked when documents are filed late and/or are not filed in the ordered format, i.e. "joint." Since the parties have failed to comply with the filing requirement, the final pretrial conference scheduled for July 9, 2007 is continued to commence at 2:30 p.m. on August 13, 2007.  The parties shall file a joint pretrial statement no later than August 2, 2007 or show cause ("OSC") why sanctions shall not be imposed by that failure.[1]  The separate pretrial statements filed on June 29, 2007 and July 2, 2007, are stricken.

IT IS SO ORDERED.

Dated:   July 3, 2007

	_____
	GARLAND E. BURRELL, JR.
	United States District Judge

---

[1] If a party responding to this OSC desires a hearing on the OSC, the request for a hearing shall be made in the response to the OSC.

2