IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHUNG XAY LUU,<br><br>                Debtor.<br>_____<br>PREM DHAWAN, Trustee in Bankruptcy,<br><br>                Plaintiff,<br><br>    v.<br><br>THAM THI MAI,<br><br>                Defendant.<br>_____ | 2:06-cv-2657-GEB-KJM<br><br>ORDER |

On August 24, 2007, Plaintiff filed a "Declaration of Zunilda Ramos Re: Leave to File Separate Jury Instructions, Voir Dire, and Verdict Forms" requesting "that the court permit the filing of separate proposed jury instructions, voir dire, and verdict forms." (Ramos Decl. ¶ 2.) The final pretrial order issued in this action on August 14, 2007 provides, in relevant part:

> Jury instructions, proposed voir dire, and verdict forms shall be filed no later than fifteen (15) court days before trial. The

1

```
                parties shall prepare the instructions and
    verdict forms in accordance with Local Rule 51-163, and shall
    tailor all general instructions to the facts and issues in suit.
    The parties are directed to confer and to attempt to agree upon a
    joint set of jury instructions and verdict forms. As to
    instructions on which there is dispute, the parties shall adhere to
    the following procedure:  1) the party offering the disputed
    instruction(s) shall submit the instruction(s) as its proposed jury
    instructions, shall submit authority in support of the proposed
    instruction(s) and shall number the disputed instruction(s) in a
    manner that shows where each disputed instruction should be placed
    in the tendered agreed upon instructions. The contested
    instruction(s) and supporting authority shall be filed with the
    joint set of instructions fifteen (15) court days prior to the
    trial commencement date; 2) the party opposed to the contested
    instruction(s) shall file opposing authority ten (10) court days
    prior to the trial commencement date.
```

(Aug. 14, 2007 Order at 15-16 (emphasis added).) Therefore, the final pretrial order contemplates that if the parties are unable to agree on any joint jury instructions and/or verdict forms, they shall file separate proposed jury instructions and verdict forms.[1]  Accordingly, the leave Plaintiff seeks is unnecessary.

    IT IS SO ORDERED.

Dated:   August 28, 2007

                                  _____
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge

---

[1] The final pretrial order does not require the parties to confer and attempt to agree upon proposed voir dire.

2