IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
In re                          )    2:06-cv-2657-GEB-KJM
                               )
CHUNG XAY LUU,                 )
                               )
              Debtor.          )    ORDER
_____)
                               )
PREM DHAWAN, Trustee in        )
Bankruptcy,                    )
                               )
              Plaintiff,       )
                               )
     v.                        )
                               )
THAM THI MAI,                  )
                               )
              Defendant.       )
_____)
```

        Plaintiff Prem Dhawan, the bankruptcy trustee ("Plaintiff"), moves to (1) amend the Final Pretrial Order issued August 14, 2007, to permit Plaintiff to file a motion for summary judgment; or, in the alternative, (2) for a trial date earlier than what is prescribed in the Final Pretrial Order; or, in the alternative, (3) for reinstatement of the reference to the bankruptcy court.  Defendant

Tham Thi Mai ("Defendant") opposes Plaintiff's motion, and counter-moves to vacate all scheduled dates to permit further discovery.

Plaintiff instituted this adversary proceeding on March 22, 2006, against Defendant, who is the ex-wife of Debtor Chung Xay Luu ("Debtor"). Plaintiff seeks to avoid allegedly fraudulent transfers of real and personal property from Debtor to Defendant, and to sell Debtor's share of the real estate for the benefit of Debtor's bankruptcy estate. (See Pl.'s Compl. ¶¶ 17-49.) The action was referenced to the bankruptcy court, which prescribed in a status order that all discovery would be complete by October 31, 2006, and that the final date for filing dispositive motions was November 28, 2006. On March 15, 2007, the reference to the bankruptcy court was withdrawn, and on May 1, 2007, an order issued setting trial to commence on October 10, 2007 at 9:00 a.m. This trial date was reaffirmed in the Final Pretrial Order issued August 14, 2007. On October 2, 2007, trial was rescheduled for April 29, 2008 at 9:00 a.m. "[d]ue to congestion in the court's trial calendar."

Plaintiff argues he should be granted the relief he requests since he seeks to recover and sell real estate that Debtor transferred to Defendant, and due to "the well publicized dramatic decrease in real estate values in the Suisun/Sacramento area, time is of the essence in adjudicating Plaintiff's claims." (Pl.'s Mot. at 2:5-7.) Plaintiff contends that extending the law and motion deadline to allow him to file a motion for summary judgment, or advancing the trial date, or reinstating the reference to bankruptcy court will result in a speedier resolution of this action, thus permitting him to sell the real estate for a greater sum. (Id. at 3:3-13.)
///

1         However, neither party has satisfied the "manifest
2 injustice" standard required to be met before modification of the
3 Final Pretrial Order under Federal Rule of Civil Procedure 16(e).  Nor
4 is Defendant's argument persuasive that "give[n] the fact that minimal
5 amount of discovery has been undertaken by [the parties], justice and
6 due process require that the . . . Scheduling Order and the Pre-Trial
7 Order . . . be vacated and that new dates be set."  (Def.'s Counter-
8 Motion at 2:5-8.)  Defendant contends that when this action was
9 removed from bankruptcy court, she "anticipated that this Court would
10 present and enter its own scheduling order in this case," and that the
11 Court's adoption of the scheduling order issued by the bankruptcy
12 court effectively "eliminate[d] deposition discovery (not yet
13 commenced) and many procedural benefits to both parties."  (Id. at
14 1:28-2:4.)  Defendant has not satisfied the standard applicable before
15 any referenced deadlines could be changed, nor has Defendant
16 demonstrated the reasonableness of her expectation.
17         Therefore, Plaintiff's motion and Defendant's counter-motion
18 are denied.
19         IT IS SO ORDERED.
20 Dated:  February 20, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

3