```
```
UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>CHUNG XAY LUU,<br><br>        Debtor.<br>_____<br>PREM DHAWAN, Trustee in Bankruptcy,<br><br>        Plaintiff,<br><br>    v.<br><br>THAM THI MAI,<br><br>        Defendant. | 2:06-cv-2657-GEB-KJM<br><br>ORDER REGARDING A<br>SETTLEMENT CONFERENCE<br>REQUEST |

    The parties seek to convene a settlement conference in a bankruptcy action which is referenced to the bankruptcy court and in the above captioned action, in which trial is scheduled to commence on April 28, 2008. Typically, a settlement conference is scheduled at the final pretrial conference or farther in advance of the trial commencement date so that a settlement judge can more easily absorb it on his or her calendar. Since little time exists before the trial commencement date a settlement conference will not be scheduled. However, the parties can ascertain by contacting the Deputy Clerk for the assigned magistrate judge in this action

1  whether that judge is in a position to schedule and conduct the
2  requested settlement conference.
3          IT IS SO ORDERED.
4  Dated:  March 18, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge