Mariam S. Marshall Esq.
Bar No. 157242
Zunilda Ramos Esq.
Bar No. 161114
MARSHALL & RAMOS, LLP
350 Frank H. Ogawa Plaza
Suite 600
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Plaintiff and Trustee,
PREM N. DHAWAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Dist. Court No. 2:06-cv-02657-GEB-KJM |
| CHUNG XAY LUU, | |
|     Debtor. | Case No. 05-35896 |
| _____/ | Adver. Proc. No. 06-2168 |
| PREM DHAWAN, | |
|     Plaintiff, | Trial Date: April 28, 2008 |
| v. | Time:    9:00 a.m. |
| TAM THI MAI, | Settlement Conference:    April 4, 2008 |
|     Defendant. | Settlement Judge: Michael S. McManus |
| _____/ | |

**ORDER AUTHORIZING USE OF SETTLEMENT JUDGE**

    The Stipulation for Order Authorizing Use of Settlement Judge ("Stipulation") filed by the parties to the above-captioned matter seeking entry of an order authorizing the use of Hon. Michael S. McManus as the settlement judge and permitting the parties to proceed with a settlement conference on April 4, 2008, as scheduled, having been considered by this Court and good cause appearing:

    **IT IS HEREBY ORDERED** that Judge Michael S. McManus is authorized to act as settlement judge and the parties are authorized to proceed with the settlement conference

///

ORDER AUTHORIZING USE OF SETTLEMENT JUDGE

1  as scheduled or on any other date agreeable to the parties and Judge McManus.

2  Dated: April 1, 2008

```
                              _____
                              GARLAND E. BURRELL, JR.
                              United States District Judge
```