Mariam S. Marshall Esq. (Bar No. 157242)
Zunilda Ramos, Esq. (Bar No. 161114)
MARSHALL & RAMOS, LLP
The Westlake Building
350 Frank H. Ogawa Plaza, Suite 600
Oakland, California 94612
Telephone: (510) 835-8359
Facsimile: (510) 835-8259
mmarshall@marshallramoslaw.com

Attorneys for Plaintiff,
PREM DHAWAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                                    Dist. Ct. No. 2:06-cv-02657-GEB-KJM

CHUNG XAY LUU,

    Debtor.                                           Case No. 05-35896
_____ /
                                                      Chapter 7
PREM DHAWAN, Trustee in
Bankruptcy,

    Plaintiff,

v.

THAM THI MAI,

    Defendant.
_____ /

**JUDGMENT PURSUANT TO STIPULATION**

    Plaintiff, Prem Dhawan and Defendant, Tham Thi Mai, individually and by and through their counsel of record having stipulated to the entry of judgment in favor of Plaintiff PREM DHAWAN and against Defendant THAM THI MAI in the above captioned matter, it appearing by reason of said stipulation that Plaintiff is entitled to judgment against Defendant,

    **NOW THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

    1.    The Interspousal Transfer Deed, executed by Chung Xay Luu ("Debtor") on January 5, 2004, and recorded in the official records of the Solano County Recorder's Office

JUDGMENT PURSUANT TO STIPULATION

on January 7, 2004 as instrument number 200400001314 (the "Transfer1"), is hereby avoided in its entirety pursuant to 11 U.S.C. Section 544 and Cal. Civ. Code Section 3439 et seq.

2. Transfer1 of the Debtor's 50% interest in the real property commonly known as 1409 Shasta Street, Suisun City, California 94585, Assessor's Parcel Number 0173-221-190, more particularly described on Exhibit "A" attached hereto (the "Shasta Street Property"), to Defendant Tham Thi Mai, is avoided pursuant to 11 U.S.C. Section 544 and Cal. Civ. Code Section 3439 et seq.

3. The avoided Transfer1 of the Debtor's 50% interest in the Shasta Street Property is preserved for the benefit of the Chapter 7 bankruptcy estate of Chung Xay Luu pursuant to 11 U.S.C. Section 551.

4. Plaintiff, Prem Dhawan is authorized to sell the entire Shasta Street Property free and clear of Defendant Tham Thi Mai's interest and is authorized to allocate the net sales proceeds of the Shasta Street Property equally between Plaintiff and Defendant, Tham Thi Mai, pursuant to 11 U.S.C. Section 363(h).

5. The Grant Deed, executed by Chung Xay Luu ("Debtor") on October 20, 2004, and recorded in the official records of the Solano County Recorder's Office on October 20, 2004 as instrument number 2004400149483 ("Transfer2"), is hereby avoided in its entirety pursuant to 11 U.S.C. Section 548.

6. Transfer2 of the Debtor's 50% interest in the real property commonly known as 515 Crested Drive, Suisun City, California 94585, Assessor's Parcel Number 0173-301-340, more particularly described on Exhibit "B" attached hereto (the "Crested Drive Property"), to Defendant Tham Thi Mai, is avoided pursuant to 11 U.S.C. Section 548.

7. The avoided Transfer2 of the Debtor's 50% interest in the Crested Drive Property is preserved for the benefit of the Chapter 7 bankruptcy estate of Chung Xay Luu pursuant to 11 U.S.C. Section 551.

8. Plaintiff, Prem Dhawan is authorized to sell the entire Crested Drive Property

free and clear of Defendant Tham Thi Mai's interest, and is authorized to allocate the net sales proceeds of the Crested Drive Property equally between Plaintiff and Defendant, Tham Thi Mai, pursuant to 11 U.S.C. Section 363(h).

9. Each side to bear its own fees and costs.

**IT IS SO ORDERED.**

Dated: June 16, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Defendant, Tham Thi Mai, through her counsel of record, hereby approves the form and content of the within judgment pursuant to stipulation and agrees to court entry of judgment on the terms set forth above.

LAW OFFICES OF AUSTIN COOPER

_____
AUSTIN COOPER
Attorney for Defendant
THAM THI MAI