```
Mariam S. Marshall Esq.
Bar No. 157242
Zunilda Ramos, Esq.
Bar No. 161114
MARSHALL & RAMOS, LLP
350 Frank H. Ogawa Plaza
Suite 600
Oakland, California 94612
Telephone:   (510) 835-8359
Facsimile:   (510) 835-8259
mmarshall@marshallramoslaw.com
```

Attorneys for Plaintiff and Trustee,
PREM DHAWAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Dist. Court No. 2:06-cv-02657-GEB-KJM |
| CHANG XAY LUU, | Case No. 05-35896 |
|     Debtor. _____ / | Chapter 7 |
| PREM DHAWAN, Trustee in Bankruptcy, | |
|     Plaintiff, | AP No.  06-2168 |
| v. | |
| THAM THI MAI, | |
|     Defendant. _____ / | |

**ORDER REINSTATING THE REFERENCE OF THE ADVERSARY PROCEEDING TO THE BANKRUPTCY COURT**

A Stipulation for Reinstatement of the Reference of the within Adversary Proceeding to the Bankruptcy Court having been entered into on or about June 17, 2008, by and between Prem Dhawan, Chapter 7 Trustee and Plaintiff herein, and Defendant Tham Thi Mai, a stipulated judgment having been entered in the action in favor of Plaintiff by this Court, and good cause appearing,

//

//

1 **IT IS HEREBY ORDERED** that the reference of the within Adversary Proceeding
2 is hereby reinstated to the Bankruptcy Court for all purposes, including enforcement of the
3 settlement between Plaintiff and Defendant.

4 Dated: June 17, 2008

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```